UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
ALEXANDER NAYBERG on behalf of           JUDGMENT
himself and all others similarly situated         17-CV- 0909 (LDH)
consumers,

                          Plaintiff,

   -against-

FINANCIAL RECOVERY SERVICES, INC.,

                          Defendant.
-----------------------------------------------------------X

        An Order of Honorable LaShann DeArcy Hall, United States District Judge, having been filed on June 29, 2017, ordering that the above-entitled action against the Defendant shall be and is hereby dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party; it is

        ORDERED and ADJUDGED that the above-entitled action against the Defendant shall be and is hereby dismissed with prejudice and on the merits, without costs, or disbursements, or attorneys' fees to any party.

Dated: Brooklyn, New York                                  Douglas C. Palmer
       June 30, 2017                                         Clerk of Court

                                                         by:     */s/ Janet Hamilton*
                                                                   Deputy Clerk